THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* TERRY KENT, Defendant-Appellant.

(No. 57749; 

First District (4th Division)—September 12, 1973.

Opinion by Mr. JUSTICE JOHNSON.

Terry Kent, *pro se.*

Edward V. Hanrahan, State's Attorney, of Chicago, (Alfred Levinson and Terry Sullivan, Assistant State's Attorneys, of counsel,) for the People.